UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TARA MORSER,

    Plaintiff,

v.	Case No: 2:15-cv-117-FtM-29CM

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.

## ORDER

Before the Court is Defendant's Second Unopposed Motion to Extend Deadlines for Discovery, Mediation and Dispositive Motions (Doc. 34), filed on March 16, 2016. The motion indicates that Plaintiff has no objection to the requested relief. Doc. 34 at 2. For the reasons set forth below, Defendant's motion is granted.

Defendant seeks to extend the discovery and mediation deadlines to May 13, 2016 and the dispositive motion deadline to May 31, 2016. Doc. 34 at 1. As grounds, Defendant states that its counsel recently was retained in this matter and needs additional time to review extensive files, facilitate settlement discussions, reasonably conduct and respond to discovery, and coordinate Plaintiff's deposition and mediation. *Id.* at 1-2. Defendant contends that the proposed changes do not impact any other deadlines. *Id.* An amendment of the dispositive motion deadline, however, would necessitate an extension of the remaining deadlines including trial because trial currently is scheduled for the August 1, 2016 trial term. Doc. 30 at 2.

The Court requires at least four months between the dispositive motion deadline and trial.  *Id.* at 3.   The Court, however, finds good cause to grant the extension.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Second Unopposed Motion to Extend Deadlines for Discovery, Mediation and Dispositive Motions (Doc. 34) is **GRANTED**.

2. An Amended Case Management and Scheduling Order will be entered by separate Order.

3. All other directives set forth in the Case Management and Scheduling Order (Doc. 30) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of March, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record