# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CASE NO.:  2:15-CV-00117-FtM-29CM

TARA MORSER,

      Plaintiff,

v.

HYUNDAI CAPITAL AMERICA INC.,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant Hyundai Capital America, Inc. ("Hyundai"), hereby notifies the Court that the parties, Plaintiff Tara Morser and Defendant Hyundai, have reached a settlement with regard to this case, and are presently drafting and finalizing the settlement agreement and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

                Respectfully Submitted:

                /s/ Irwin R. Gilbert
                IRWIN R. GILBERT, ESQ.
                Florida Bar No. 099473
                KELLEY KRONENBERG, P.A.
                1475 Centrepark Blvd., Suite 275
                West Palm Beach, Florida 33401
                Phone: 561.684-5956 Fax: 561-684-5753
                Primary email: irgeservice@kelleykronenberg.com
                Secondary email: igilbert@kelleykronenberg.com
                              rrivera@kelleykronenberg.com

                **Service List**

TODD M. DAVIS, ESQ.
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202