UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TARA MORSER,

    Plaintiff,

v.                        Case No: 2:15-cv-117-FtM-29CM

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #39) filed on June 1, 2016. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of June, 2016.

                                              */s/ John E. Steele*
                                           JOHN E. STEELE
                                           SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record